1  D. PETER HARVEY (SBN 55712)
   DONALD A. THOMPSON (SBN 260076)
2  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
   Telephone:  (415) 354-0100
4  Facsimile:  (415) 391-7124
5  pharvey@harveysiskind.com
   dthompson@harveysiskind.com
6
7  URY FISCHER (admitted *pro hac vice*)
   NEDA LAJEVARDI (admitted *pro hac vice*)
8  LOTT & FISCHER, PL
   355 Alhambra Circle, Suite 1100
9  Coral Gables, Florida 33134
   Telephone:  (305) 448-7089
10 Facsimile:  (305) 446-6191
11 ufischer@lottfischer.com
   nlajevardi@lottfischer.com
12
   Attorneys for Defendants
13 CHARTER FURNITURE CORP. and
   LODGING BY LIBERTY, INC.
14

IT IS SO ORDERED

Judge Edward J. Davila

7/8/2013

15            IN THE UNITED STATES DISTRICT COURT

16         FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

19 GLOBAL ALLIES, LLC,                    CASE NO. C 13-00651 EJD

20              Plaintiff,                JOINT STIPULATION FOR EXTENSION
                                          OF TIME TO EXCHANGE INITIAL
21        v.                              DISCLOSURES

22
   CHARTER FURNITURE CORP. and
23 LODGING BY LIBERTY, INC.,

24              Defendants.

25

26

27

28

-1-

1    Plaintiff Global Allies, LLC and Defendants Charter Furniture Corp. and Lodging By Liberty,

2    Inc. hereby stipulate, at the request of Defendants, to extend the date for the exchange of the parties'

3    Initial Disclosures from July 5, 2013 to July 9, 2013.

4    This Stipulation is made in good faith and not for the purposes of undue delay.   This

5    extension will enable the parties to more effectively prepare the disclosures.   Good cause exists for

6    this request and the granting of this Stipulation will not result in prejudice to either party.

7    Dated:  July 5, 2013                         Respectfully submitted,

8                                                 HARVEY SISKIND LLP
                                                  D. PETER HARVEY
9                                                 DONALD A. THOMPSON

10                                                LOTT & FISCHER, PL
                                                  URY FISCHER
11                                                NEDA LAJEVARDI

12

13                                    By:  _____
                                                         /s/
14                                                Neda Lajevardi

15
                                                  Attorneys for Defendants
16                                                CHARTER FURNITURE CORP. and
                                                  LODGING BY LIBERTY, INC.
17

18   Dated:  July 5, 2013                         Respectfully submitted,

19                                                HOSIE RICE LLP
                                                  SPENCER HOSIE
20                                                DARRELL R. ATKINSON

21

22

23                                    By:  _____
                                                         /s/
24                                                Darrell R. Atkinson

25                                                Attorneys for Plaintiff
                                                  GLOBAL ALLIES, LLC
26

27

28

JOINT STIPULATION FOR EXTENSION OF TIME                          CASE NO. C 13-00651 EJD
TO EXCHANGE INITIAL DISCLOSURES

1        I, Neda Lajevardi, the ECF user whose user ID and password are being utilized in the

2   electronic filing of this document hereby attest that concurrence in the filing of the document has

3   been obtained from each of the other signatories hereto.

4

5                                 /s/
                               Neda Lajevardi

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR EXTENSION OF TIME                    CASE NO. C 13-00651 EJD
TO EXCHANGE INITIAL DISCLOSURES