1  D. PETER HARVEY (SBN 55712)
   DONALD A. THOMPSON (SBN 260076)
2  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
5  pharvey@harveysiskind.com
   dthompson@harveysiskind.com
6
7  URY FISCHER (admitted *pro hac vice*)
   NEDA LAJEVARDI (admitted *pro hac vice*)
8  LOTT & FISCHER, PL
   355 Alhambra Circle, Suite 1100
9  Coral Gables, Florida 33134
   Telephone: (305) 448-7089
10 Facsimile: (305) 446-6191
   ufischer@lottfischer.com
11 nlajevardi@lottfischer.com
12
   Attorneys for Defendants
13 CHARTER FURNITURE CORP. and
   LODGING BY LIBERTY, INC.
14

*IT IS SO ORDERED*
Judge Edward J. Davila
7/8/2013

15              **IN THE UNITED STATES DISTRICT COURT**
16            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17                       **SAN JOSE DIVISION**
18

19 | GLOBAL ALLIES, LLC,                    | CASE NO. C 13-00651 EJD
20 |                                         |
   |              Plaintiff,                 | JOINT STIPULATION FOR EXTENSION
21 |                                         | OF TIME TO EXCHANGE INITIAL
   |        v.                               | DISCLOSURES
22 |                                         |
23 | CHARTER FURNITURE CORP. and             |
   | LODGING BY LIBERTY, INC.,               |
24 |                                         |
   |              Defendants.                |
25

-1-

-2-

1  Plaintiff Global Allies, LLC and Defendants Charter Furniture Corp. and Lodging By Liberty,
2  Inc. hereby stipulate, at the request of Defendants, to extend the date for the exchange of the parties'
3  Initial Disclosures from July 5, 2013 to July 9, 2013.

4  This Stipulation is made in good faith and not for the purposes of undue delay. This
5  extension will enable the parties to more effectively prepare the disclosures. Good cause exists for
6  this request and the granting of this Stipulation will not result in prejudice to either party.

Dated: July 5, 2013  Respectfully submitted,

HARVEY SISKIND LLP
D. PETER HARVEY
DONALD A. THOMPSON

LOTT & FISCHER, PL
URY FISCHER
NEDA LAJEVARDI

By: _____/s/_____
Neda Lajevardi

Attorneys for Defendants
CHARTER FURNITURE CORP. and
LODGING BY LIBERTY, INC.

Dated: July 5, 2013  Respectfully submitted,

HOSIE RICE LLP
SPENCER HOSIE
DARRELL R. ATKINSON

By: _____/s/_____
Darrell R. Atkinson

Attorneys for Plaintiff
GLOBAL ALLIES, LLC

-3-

1   I, Neda Lajevardi, the ECF user whose user ID and password are being utilized in the
2   electronic filing of this document hereby attest that concurrence in the filing of the document has
3   been obtained from each of the other signatories hereto.

4
5                                                                /s/
                                                            Neda Lajevardi
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION FOR EXTENSION OF TIME                                    CASE NO. C 13-00651 EJD
TO EXCHANGE INITIAL DISCLOSURES