IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLOBAL ALLIES LLC, | CASE NO. 5:13-cv-00651 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CHARTER FURNITURE CORP., et. al., | |
| Defendant(s). | |

Having reviewed the parties joint statement (see Docket Item No. 37), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Interim Case Management Conference scheduled for January 31, 2014, is CONTINUED to **February 21, 2014, at 10:00 a.m.** On or before **February 14, 2014**, the parties shall file an updated Joint Interim Case Management Conference which provides, inter alia, an update on the status of the impending settlement.

**IT IS SO ORDERED.**

Dated: January 30, 2014

EDWARD J. DAVILA
United States District Judge